| AO 10 Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Majzoub, Mona K. | 2. Court or Organization<br><br>MI; Eastern District | 3. Date of Report<br><br>05/14/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge; full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>231 W. Lafayette Blvd, Rm 704<br>Detroit, MI 48226 |
|---|
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Line 1 - Trust #1 (Brokerage 1) - Postions listed in Part VII, starting on Line 2 |
| 2. | Trustee | Line 264 - Trust #6 - Checking (Brokerage 5) - No reportable assets - See Part VIII |
| 3. | Trustee | Line 265 - Trust #3 - Checking (Brokerage 5) - No reportable assets - See Part VIII |
| 4. | Trustee | Line 342 - Trust #2 (Brokerage 1) - Positions listed in Part VII starting on line 343 |
| 5. | Trustee | Line 557 - Trust #1-2 (Brokerage 1) - No reportable assets - See Part VIII |
| 6. | Trustee | Line 558- Trust #3 (Brokerage 1) - Positions listed in Part VII starting on line 559 |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2015 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Kitch, Drutchas - Law Firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 (Brokerage 1) | F | Int./Div. | P1 | T | | | | | |
| 2. -Abbott Laboratories | | | | | Buy (add'l) | 05/02/14 | J | | |
| 3. -Abbott Laboratories | | | | | Buy (add'l) | 12/18/14 | J | | |
| 4. -Apple Inc | | | | | Buy (add'l) | 05/02/14 | J | | |
| 5. -AT&T Inc | | | | | Buy (add'l) | 05/02/14 | J | | |
| 6. -AT&T Inc | | | | | Buy (add'l) | 12/18/14 | J | | |
| 7. -Blackrock Inc | | | | | Buy (add'l) | 05/02/14 | J | | |
| 8. -BP PLC Spons ADR | | | | | Buy (add'l) | 05/02/14 | J | | |
| 9. -BP PLC Spons ADR | | | | | Buy (add'l) | 12/18/14 | J | | |
| 10. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd ETF | | | | | Buy | 08/29/14 | K | | |
| 11. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd ETF | | | | | Buy (add'l) | 08/29/14 | K | | |
| 12. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd ETF | | | | | Buy (add'l) | 08/29/14 | K | | |
| 13. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 14. -Claymore Guggenheim Bulletshares 2016 High Yld Corp Bd ETF | | | | | Buy (add'l) | 05/02/14 | J | | |
| 15. -Claymore Guggenheim Bulletshares 2016 High Yld Corp Bd ETF | | | | | Buy (add'l) | 08/29/14 | J | | |
| 16. -Claymore Guggenheim Bulletshares 2016 High Yld Corp Bd ETF | | | | | Buy (add'l) | 08/29/14 | J | | |
| 17. -Claymore Guggenheim Bulletshares 2016 High Yld Corp Bd ETF | | | | | Buy (add'l) | 12/18/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Comerica Inc | | | | | Buy (add'l) | 05/02/14 | J | | |
| 19. -Costco Whsl Corp New | | | | | Buy (add'l) | 05/02/14 | J | | |
| 20. -Dover Corp Common | | | | | Buy (add'l) | 05/02/14 | J | | |
| 21. -Dover Corp Common | | | | | Buy (add'l) | 12/18/14 | J | | |
| 22. -Enrgy Select Sector Spdr ETF | | | | | Buy (add'l) | 05/02/14 | J | | |
| 23. -Enrgy Select Sector Spdr ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 24. -Exxon Mobil Corp | | | | | Buy (add'l) | 05/02/14 | J | | |
| 25. -Exxon Mobil Corp | | | | | Buy (add'l) | 12/18/14 | J | | |
| 26. -Franklin Resources | | | | | Buy (add'l) | 05/02/14 | J | | |
| 27. -Franklin Resources | | | | | Buy (add'l) | 12/18/14 | J | | |
| 28. -General Electric Company | | | | | Buy (add'l) | 05/02/14 | J | | |
| 29. -Genuine Parts Co Com | | | | | Buy (add'l) | 05/02/14 | J | | |
| 30. -Guggenheim Bulletshs 2015 High Yield Corp Bond ETF | | | | | Buy (add'l) | 05/02/14 | J | | |
| 31. -Guggenheim Bulletshs 2015 High Yield Corp Bond ETF | | | | | Buy (add'l) | 08/29/14 | K | | |
| 32. -Guggenheim Bulletshs 2015 High Yield Corp Bond ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 33. -Guggenheim Bulletshs 2014 High Yield Corp Bond ETF | | | | | Sold (part) | 08/29/14 | K | A | |
| 34. -Guggenheim Bulletshs 2014 High Yield Corp Bond ETF | | | | | Sold | 08/29/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Honeywell International Inc | | | | | Buy (add'l) | 05/02/14 | J | | |
| 36. -Intel Corp | | | | | Buy (add'l) | 05/02/14 | J | | |
| 37. -IShares Floating Rate Bond ETF | | | | | Buy | 05/02/14 | J | | |
| 38. -IShares Floating Rate Bond ETF | | | | | Sold | 08/29/14 | J | A | |
| 39. -IShares 2014 AMT Free Muni Term ETF | | | | | Buy | 05/02/14 | J | | |
| 40. -IShares 2014 AMT Free Muni Term ETF | | | | | Sold | 08/21/14 | J | | |
| 41. -IShares Global Telecom ETF | | | | | Buy (add'l) | 05/02/14 | J | | |
| 42. -IShares Global Telecom ETF | | | | | Sold (part) | 11/14/14 | K | | |
| 43. -IShares Global Telecom ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 44. -IShares MSCI EAFE Growth ETF | | | | | Buy (add'l) | 05/02/14 | J | | |
| 45. -IShares MSCI EAFE Growth ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 46. -IShares MSCI EAFE Value ETF | | | | | Buy (add'l) | 05/02/14 | J | | |
| 47. -IShares MSCI EAFE Value ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 48. -IShares Russell Midcap Growth ETF | | | | | Buy (add'l) | 05/02/14 | J | | |
| 49. -IShares IBonds Sep 2015 Amt Free Muni Bond ETF | | | | | Buy | 05/02/14 | J | | |
| 50. -IShares IBonds Sep 2016 Amt-Free Muni Bond ETF | | | | | Buy | 05/02/14 | J | | |
| 51. -IShares IBonds Sep 2017 Amt-Free Muni Bond ETF (fka IShrs17AmtFreeMB) | | | | | Buy (add'l) | 05/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -IShares Ibonds Sep 2017 Amt-Free Muni Bond ETF (fka IShrs17AmtFreeMB) | | | | | Buy (add'l) | 12/18/14 | J | | |
| 53. -IShares IBoxx$ High Yield Corp Bond ETF | | | | | Buy | 05/02/14 | J | | |
| 54. -IShares IBoxx$ High Yield Corp Bond ETF | | | | | Buy (add'l) | 08/29/14 | L | | |
| 55. -IShares IBoxx$ High Yield Corp Bond ETF | | | | | Buy (add'l) | 08/29/14 | J | | |
| 56. -IShares IBoxx$ High Yield Corp Bond ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 57. -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | Buy | 05/02/14 | J | | |
| 58. -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | Buy (add'l) | 08/29/14 | L | | |
| 59. -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 60. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Buy (add'l) | 05/02/14 | J | | |
| 61. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 62. -Ishares Russell Mid-cap Value ETF | | | | | Buy (add'l) | 05/02/14 | J | | |
| 63. -IShares Select Dividend ETF | | | | | Buy (add'l) | 05/02/14 | J | | |
| 64. -Johnson & Johnson | | | | | Buy (add'l) | 05/02/14 | J | | |
| 65. -Johnson & Johnson | | | | | Buy (add'l) | 12/18/14 | J | | |
| 66. -JPMorgan Chase & Co | | | | | Buy (add'l) | 05/02/14 | J | | |
| 67. -Knowles Corp | | | | | Spinoff (from line 20) | 03/03/14 | J | | |
| 68. -Knowles Corp | | | | | Sold | 09/15/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -McDonalds Corp | | | | | Sold | 11/28/14 | J | C | |
| 70.  -Microsoft Corp | | | | | Buy (add'l) | 05/02/14 | J | | |
| 71.  -Nextera Energy Inc | | | | | Buy (add'l) | 05/02/14 | J | | |
| 72.  -Norfolk Southern Corp | | | | | Buy (add'l) | 05/02/14 | J | | |
| 73.  -Paychex Inc | | | | | Buy (add'l) | 05/02/14 | J | | |
| 74.  -Pepsico Incorporated | | | | | Buy (add'l) | 05/02/14 | J | | |
| 75.  -Powershares Senior Loan Portfolio ETF | | | | | Buy (add'l) | 05/02/14 | J | | |
| 76.  -Powershares Senior Loan Portfolio ETF | | | | | Buy (add'l) | 12/18/14 | K | | |
| 77.  -Proctor & Gamble Co | | | | | Buy (add'l) | 05/02/14 | J | | |
| 78.  -Proctor & Gamble Co | | | | | Buy (add'l) | 12/18/14 | J | | |
| 79.  -RPM International Inc | | | | | Buy (add'l) | 05/02/14 | J | | |
| 80.  -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy (add'l) | 05/02/14 | J | | |
| 81.  -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy (add'l) | 12/18/14 | J | | |
| 82.  -Select Sector Spdr Fd Materials | | | | | Buy (add'l) | 05/02/14 | J | | |
| 83.  -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy (add'l) | 05/02/14 | J | | |
| 84.  -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy (add'l) | 05/02/14 | J | | |
| 85.  -Stryker Corp | | | | | Buy (add'l) | 05/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Sysco Corporation | | | | | Buy (add'l) | 05/02/14 | J | | |
| 87. -Teva Pharmaceutical ADR Inds Ltd | | | | | Buy (add'l) | 05/02/14 | J | | |
| 88. -Thomson Reuters Corp | | | | | Buy | 11/14/14 | K | | |
| 89. -US Bancorp New | | | | | Buy (add'l) | 05/02/14 | J | | |
| 90. -VF Corporation | | | | | Buy | 11/28/14 | K | | |
| 91. -Vanguard FTSE Developed Markets ETF (fka Vanguard MSCI EAFE ETF) | | | | | Buy (add'l) | 05/02/14 | J | | |
| 92. -Vanguard FTSE Developed Markets ETF (fka Vanguard MSCI EAFE ETF) | | | | | Buy (add'l) | 12/18/14 | J | | |
| 93. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Buy (add'l) | 05/02/14 | J | | |
| 94. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 95. -Verizon Communications Com | | | | | Buy (add'l) | 05/02/14 | J | | |
| 96. -Verizon Communications Com | | | | | Buy (add'l) | 12/18/14 | J | | |
| 97. -Wal-Mart Stores Inc | | | | | Buy (add'l) | 05/02/14 | J | | |
| 98. -Wal-Mart Stores Inc | | | | | Buy (add'l) | 12/18/14 | J | | |
| 99. -IBM Corp Sr Unsecured | | | | | | | | | |
| 100. -Procter & Gamble Co/The Sr Unsecured | | | | | Sold | 12/16/14 | L | A | |
| 101. -The Walt Disney Company Sr Unsecured | | | | | Sold | 09/15/14 | L | B | |
| 102. -John Deere Capital Corp Medium Term Notes | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Livingston County MI San Sewer Impt G/O Ltd B/E Ambac | | | | | Redeemed | 05/01/14 | K | | |
| 104. -Stockbridge MI Cmty Schs Ref G/O Unltd B/E FSA | | | | | Redeemed | 05/01/14 | K | | |
| 105. -Ingham Cnty MI Bldgauth G/O Ltd B/E | | | | | Redeemed | 07/01/14 | K | | |
| 106. -Novi MI Cmty Sch Dist Ref G/O Unltd B/E FSA | | | | | | | | | |
| 107. -Whitehall Mich Dist Schs Rfdg G/O Unltd B/E FSA | | | | | | | | | |
| 108. -Kent Cnty MI Bldg Auth Ref G/O Ltd B/E | | | | | | | | | |
| 109. -Lakeview MI Pub Schdist Macomb Cnty RF G/O Unltd B/E MBIA | | | | | | | | | |
| 110. -Taylor MI G/O Ltd B/E MBIA | | | | | | | | | |
| 111. -Grand Rapids MI Cap Impt G/O Ltd B/E NPFG | | | | | | | | | |
| 112. -Federated Mun Secs Income Tr Mich Inter Mun Tr Cl-A | | | | | Sold (part) | 09/02/14 | N | | |
| 113. -Vanguard Muni Bd Fd Inc Short Term Tax Exempt Fd Shs Adm | | | | | Sold | 11/05/14 | J | A | |
| 114. -Vanguard Mun Bd Fd Inter Term Tax Exempt Fd Admiral Shs | | | | | Sold (part) | 11/05/14 | N | | |
| 115. -Vanguard Mun Bd Fd Inc Long-Term Tax-Exempt Fd Shs Admiral | | | | | Sold | 08/29/14 | M | | |
| 116. -Vanguard Mun Bd Fd Ltd Term Tax Exempt Fd Shs Admiral | | | | | Sold (part) | 08/29/14 | K | | |
| 117. IRA #1 (Brokerage 1) | B | Int./Div. | L | T | | | | | |
| 118. -Abbott Laboratories | | | | | Buy (add'l) | 09/17/14 | J | | |
| 119. -Apple Inc | | | | | Sold (part) | 09/17/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -AT&T Inc | | | | | Buy (add'l) | 09/17/14 | J | | |
| 121. -AT&T Inc | | | | | Buy (add'l) | 12/18/14 | J | | |
| 122. -Blackrock Inc | | | | | Buy (add'l) | 09/17/14 | J | | |
| 123. -BP PLC Spons ADR | | | | | Buy (add'l) | 09/17/14 | J | | |
| 124. -BP PLC Spons ADR | | | | | Buy (add'l) | 12/18/14 | J | | |
| 125. -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 126. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd ETF | | | | | Buy | 09/17/14 | K | | |
| 127. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 128. -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd ETF | | | | | Buy (add'l) | 09/17/14 | J | | |
| 129. -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 130. -Claymore Exchange Guggenheim Bulletshares 2018 Corp Bnd ETF | | | | | Buy (add'l) | 09/17/14 | K | | |
| 131. -Claymore Exchange Guggenheim Bulletshares 2019 Corp Bd ETF | | | | | Buy | 09/17/14 | K | | |
| 132. -Claymore Exchange Guggenheim Bulletshares 2019 Corp Bd ETF | | | | | Buy (add'l) | 12/18/14 | K | | |
| 133. -Claymore Guggenheim Bulletshares 2015 Corporate Bd ETF | | | | | Buy | 12/18/14 | J | | |
| 134. -Comerica Inc | | | | | Sold (part) | 09/17/14 | J | A | |
| 135. -Comerica Inc | | | | | Buy (add'l) | 12/18/14 | J | | |
| 136. -Costco Whsl Corp New | | | | | Buy (add'l) | 09/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Dover Corp Common | | | | | Buy (add'l) | 09/17/14 | J | | |
| 138. -Dover Corp Common | | | | | Buy (add'l) | 12/18/14 | J | | |
| 139. -Energy Select Sector SPDR ETF | | | | | Buy (add'l) | 09/17/14 | J | | |
| 140. -Energy Select Sector SPDR ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 141. -Exxon Mobil Corp | | | | | Buy (add'l) | 09/17/14 | J | | |
| 142. -Exxon Mobil Corp | | | | | Buy (add'l) | 12/18/14 | J | | |
| 143. -Franklin Resources Inc | | | | | Buy (add'l) | 09/17/14 | J | | |
| 144. -General Electric Company | | | | | Buy (add'l) | 09/17/14 | J | | |
| 145. -General Electric Company | | | | | Buy (add'l) | 12/18/14 | J | | |
| 146. -Genuine Parts Co Com | | | | | Buy (add'l) | 09/17/14 | J | | |
| 147. -Guggenheim Bulletshs 2015 High Yield Corp Bond ETF | | | | | Buy (add'l) | 09/17/14 | J | | |
| 148. -Guggenheim Bulletshs 2015 High Yield Corp Bond ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 149. -Guggenheim Bulletshs 2014 High Yield Corp ETF | | | | | Sold | 09/17/14 | K | | |
| 150. -Honeywell International Inc | | | | | Buy (add'l) | 09/17/14 | J | | |
| 151. -Intel Corp | | | | | Sold (part) | 09/17/14 | J | A | |
| 152. -IShares Floating Rate Bond ETF | | | | | Sold | 09/17/14 | K | A | |
| 153. -IShares Global Telecom ETF | | | | | Buy (add'l) | 09/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -IShares Global Telecom ETF | | | | | Sold (part) | 11/14/14 | J | A | |
| 155. -IShares Global Telecom ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 156. -IShares MSCI EAFE Growth ETF | | | | | Buy (add'l) | 09/17/14 | J | | |
| 157. -IShares MSCI EAFE Growth ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 158. -IShares MSCI EAFE Value ETF | | | | | Buy (add'l) | 09/17/14 | J | | |
| 159. -IShares MSCI EAFE Value ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 160. -IShares Russell Midcap Growth ETF | | | | | Buy (add'l) | 09/17/14 | J | | |
| 161. -Ishares Intermediate Credit Bond ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 162. -IShares 1-3 Year Credit Bond ETF | | | | | Sold | 09/17/14 | K | A | |
| 163. -IShares IBOXX $ High Yield Corp Bond ETF | | | | | Buy (add'l) | 09/17/14 | J | | |
| 164. -IShares IBOXX $ High Yield Corp Bond ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 165. -Ishares JP Morgan USD Emerging Markets Bond ETF | | | | | Buy (add'l) | 09/17/14 | J | | |
| 166. -Ishares JP Morgan USD Emerging Markets Bond ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 167. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Buy (add'l) | 09/17/14 | J | | |
| 168. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 169. -IShares Russell Mid-Cap Value ETF | | | | | Buy (add'l) | 09/17/14 | J | | |
| 170. -IShares Select Dividend ETF | | | | | Buy (add'l) | 09/17/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Johnson & Johnson | | | | | Buy (add'l) | 09/17/14 | J | | |
| 172. -JPMorgan Chase & Co | | | | | Buy (add'l) | 09/17/14 | J | | |
| 173. -Knowles Corp | | | | | Spinoff (from line 137) | 03/03/14 | J | | |
| 174. -Knowles Corp | | | | | Sold | 09/15/14 | J | A | |
| 175. -McDonalds Corp | | | | | Sold | 11/28/14 | J | | |
| 176. -Microsoft Corp | | | | | Sold (part) | 09/17/14 | J | A | |
| 177. -Nextera Energy Inc | | | | | Buy (add'l) | 09/17/14 | J | | |
| 178. -Norfolk Southern Corp | | | | | Sold (part) | 09/17/14 | J | A | |
| 179. -Paychex Inc | | | | | Buy (add'l) | 09/17/14 | J | | |
| 180. -Pepsico Incorporated | | | | | Buy (add'l) | 09/17/14 | J | | |
| 181. -PIMCO 1-5 Yr US TIPS Index ETF | | | | | Sold (part) | 09/17/14 | K | | |
| 182. -PIMCO 1-5 Yr US TIPS Index ETF | | | | | Sold (part) | 09/17/14 | K | | |
| 183. -PIMCO 1-5 Yr US TIPS Index ETF | | | | | Sold | 09/17/14 | J | | |
| 184. -Powershares Senior Loan Portfolio ETF | | | | | Buy (add'l) | 09/17/14 | J | | |
| 185. -Powershares Senior Loan Portfolio ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 186. -Proctor & Gamble Co | | | | | Buy (add'l) | 09/17/14 | J | | |
| 187. -RPM International Inc | | | | | Sold (part) | 09/17/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 42

**Name of Person Reporting**

Majzoub, Mona K.

**Date of Report**

05/14/2015

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy (add'l) | 09/17/14 | J | | |
| 189. -Select Sector Spdr Fd Materials | | | | | Buy (add'l) | 09/17/14 | J | | |
| 190. -Select Sector Spdr Fd Materials | | | | | Buy (add'l) | 12/18/14 | J | | |
| 191. -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy (add'l) | 09/17/14 | J | | |
| 192. -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 193. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy (add'l) | 09/17/14 | J | | |
| 194. -Stryker Corp | | | | | Buy (add'l) | 09/17/14 | J | | |
| 195. -Sysco Corporation | | | | | Buy (add'l) | 09/17/14 | J | | |
| 196. -Teva Pharmaceutical ADR Inds Ltd | | | | | Sold (part) | 09/17/14 | J | A | |
| 197. -Thomson Reuters Corp | | | | | Buy | 11/14/14 | J | | |
| 198. -US Bancorp New | | | | | Buy (add'l) | 09/17/14 | J | | |
| 199. -VF Corporation | | | | | Buy | 11/28/14 | J | | |
| 200. -Vanguard FTSE Developed Markets ETF | | | | | Buy (add'l) | 09/17/14 | J | | |
| 201. -Vanguard FTSE Developed Markets ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 202. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Buy (add'l) | 09/17/14 | J | | |
| 203. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 204. -Vanguard Total Bond Market ETF | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Verizon Communications Com | | | | | Buy (add'l) | 09/17/14 | J | | |
| 206. -Verizon Communications Com | | | | | Buy (add'l) | 12/18/14 | J | | |
| 207. -Wal-Mart Stores Inc | | | | | Buy (add'l) | 09/17/14 | J | | |
| 208. -IBM Corp Sr Unsecured | | | | | | | | | |
| 209. -Procter & Gamble Co/The Sr Unsecured | | | | | Sold | 12/16/14 | L | A | |
| 210. -The Walt Disney Company Sr Unsecured | | | | | Sold | 09/15/14 | L | B | |
| 211. -John Deere Capital Corp Medium Term Notes | | | | | | | | | |
| 212. Retirement Savings Plan #2 | C | Int./Div. | O | T | | | | | |
| 213. -Dodge & Cox Balanced | | | | | | | | | |
| 214. -Fid Freedom K Income | | | | | | | | | |
| 215. American Funds 529 Plan One | B | Dividend | L | T | | | | | |
| 216. -AMCAP Fund 529A | | | | | | | | | |
| 217. -Europacific Growth Fund 529A | | | | | | | | | |
| 218. -New World Fund 529A | | | | | | | | | |
| 219. -SMALLCAP World Fund 529A | | | | | | | | | |
| 220. -American Mutual Fund 529A | | | | | Distributed (part) | 07/09/14 | J | | |
| 221. -American Mutual Fund 529A | | | | | Distributed (part) | 07/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 42

Name of Person Reporting

Majzoub, Mona K.

Date of Report

05/14/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Inc Fund of America 529A | | | | | | | | | |
| 223. -American Balanced Fund 529A | | | | | | | | | |
| 224. -American High-Inc Tr 529A | | | | | | | | | |
| 225. -Bond Fund of America 529A | | | | | | | | | |
| 226. -Capital World Bond Fund 529A | | | | | | | | | |
| 227. -American Fds Money Mkt Fd 529A | | | | | | | | | |
| 228. American Funds 529 Plan Two | C | Dividend | M | T | | | | | |
| 229. -AMCAP Fund 529A | | | | | | | | | |
| 230. -Europacific Growth Fund 529A | | | | | | | | | |
| 231. -New World Fund 529A | | | | | | | | | |
| 232. -SMALLCAP World Fund 529A | | | | | | | | | |
| 233. -American Mutual Fund 529A | | | | | | | | | |
| 234. -Inc Fund of America 529A | | | | | | | | | |
| 235. -American Balanced Fund 529A | | | | | | | | | |
| 236. -American High-Inc Tr 529A | | | | | | | | | |
| 237. -Bond Fund of America 529A | | | | | | | | | |
| 238. -Cap World Bond Fund 529A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -American Fds Money Mkt Fd 529A | | | | | | | | | |
| 240. American Funds 529 Plan Three | C | Dividend | M | T | | | | | |
| 241. -AMCAP Fund 529A | | | | | | | | | |
| 242. -Europacific Growth Fund 529A | | | | | | | | | |
| 243. -New World Fund 529A | | | | | | | | | |
| 244. -SMALLCAP World Fund 529A | | | | | | | | | |
| 245. -American Mutual Fund 529A | | | | | | | | | |
| 246. -Inc Fund of America 529A | | | | | | | | | |
| 247. -American Balanced Fund 529A | | | | | | | | | |
| 248. -American High-Inc Tr 529A | | | | | | | | | |
| 249. -Bond Fund of America 529A | | | | | | | | | |
| 250. -Cap World Bond Fund 529A | | | | | | | | | |
| 251. -American Fds Money Mrkt Fd 529A | | | | | | | | | |
| 252. American Funds 529 Plan Four | A | Dividend | K | T | | | | | |
| 253. -AMCAP Fund 529A | | | | | | | | | |
| 254. -Europacific Growth Fund 529A | | | | | | | | | |
| 255. -New World Fund 529A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.   -SMALLCAP World Fund 529A | | | | | | | | | |
| 257.   -American Mutual Fund 529A | | | | | | | | | |
| 258.   -Inc Fund of America 529A | | | | | | | | | |
| 259.   -American Balanced Fund 529A | | | | | | | | | |
| 260.   -American High-Inc Tr 529A | | | | | | | | | |
| 261.   -Bond Fund of America 529A | | | | | | | | | |
| 262.   -Cap World Bond Fund 529A | | | | | | | | | |
| 263.   -American Fds Money Mrkt Fd-529A | | | | | | | | | |
| 264.   Trust #6 - Checking (Brokerage 5) | A | Interest | K | T | | | | | |
| 265.   Trust #3 - Checking (Brokerage 5) | A | Interest | J | T | | | | | |
| 266.   Checking - Bank 1 | A | Interest | J | T | | | | | |
| 267.   IRA #2 - (Brokerage 1) | E | Int./Div. | P1 | T | | | | | |
| 268.   -Abbott Laboratories | | | | | Sold (part) | 09/11/14 | J | A | |
| 269.   -Apple Inc | | | | | Sold (part) | 09/11/14 | J | B | |
| 270.   -AT&T Inc | | | | | Buy (add'l) | 09/11/14 | J | | |
| 271.   -Blackrock Inc | | | | | Sold (part) | 09/11/14 | J | A | |
| 272.   -BP Plc Spons ADR | | | | | Sold (part) | 09/11/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | | | | | Buy (add'l) | 09/11/14 | J | | |
| 274. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | | | | | Buy | 09/11/14 | K | | |
| 275. -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd ETF | | | | | Buy (add'l) | 09/11/14 | J | | |
| 276. -Claymore Exchange Guggenheim Bulletshares 2018 Corp Bond ETF | | | | | Buy (add'l) | 09/11/14 | K | | |
| 277. -Claymore Exchange Guggenheim Bulletshares 2019 Corp Bond ETF | | | | | Buy | 09/11/14 | L | | |
| 278. -Claymore Guggenheim Bulletshares 2016 Corporate Bond ETF | | | | | Buy | 09/11/14 | K | | |
| 279. -Claymore Guggenheim Bulletshares 2015 Corporate Bond ETF | | | | | Buy | 09/11/14 | K | | |
| 280. -Comerica Inc | | | | | Sold (part) | 09/11/14 | J | A | |
| 281. -Costco Whsl Corp New Com | | | | | Sold (part) | 09/11/14 | J | A | |
| 282. -Dover Corp Common | | | | | | | | | |
| 283. -Energy Select Sector Spdr ETF | | | | | Sold (part) | 09/11/14 | J | A | |
| 284. -Exxon Mobil Corp | | | | | Buy (add'l) | 09/11/14 | J | | |
| 285. -Franklin Resources Inc | | | | | Sold (part) | 09/11/14 | J | A | |
| 286. -General Electric Company | | | | | Sold (part) | 09/11/14 | J | A | |
| 287. -Genuine Parts Co Com | | | | | Buy (add'l) | 09/11/14 | J | | |
| 288. -Guggenheim Bulletshs 2015 High Yield Corp Bond ETF | | | | | Buy (add'l) | 09/11/14 | J | | |
| 289. -Guggenheim Bulletshs 2014 High Yield Corp Bond ETF | | | | | Sold | 09/11/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Honeywell International Inc | | | | | Sold (part) | 09/11/14 | J | A | |
| 291. -Intel Corp | | | | | Sold (part) | 09/11/14 | J | B | |
| 292. -IShares Floating Rate Bond ETF | | | | | Sold | 09/11/14 | K | A | |
| 293. -IShares Global Telecom ETF | | | | | Buy (add'l) | 09/11/14 | J | | |
| 294. -IShares Global Telecom ETF | | | | | Sold (part) | 11/14/14 | J | A | |
| 295. -IShares MSCI EAFE Growth ETF | | | | | Sold (part) | 09/11/14 | J | A | |
| 296. -IShares MSCI EAFE Value ETF | | | | | Sold (part) | 09/11/14 | J | A | |
| 297. -IShares Russell Midcap Growth ETF | | | | | Sold (part) | 09/11/14 | J | A | |
| 298. -IShares Intermediate Credit Bond ETF | | | | | Sold (part) | 09/11/14 | J | | |
| 299. -IShares 1-3 Year Credit Bond ETF | | | | | Sold | 09/11/14 | L | | |
| 300. -IShares Iboxx$ High Yield Corp Bond ETF | | | | | Buy (add'l) | 09/11/14 | J | | |
| 301. -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | Buy (add'l) | 09/11/14 | J | | |
| 302. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Sold (part) | 09/11/14 | J | A | |
| 303. -IShares Russell Mid-Cap Value ETF | | | | | Sold (part) | 09/11/14 | J | A | |
| 304. -IShares Select Dividend ETF | | | | | Sold (part) | 09/11/14 | J | A | |
| 305. -Johnson & Johnson | | | | | Sold (part) | 09/11/14 | J | A | |
| 306. -JPMorgan Chase & Co | | | | | Buy (add'l) | 09/11/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Knowles Corp | | | | | Spinoff (from line 282) | 03/03/14 | J | | |
| 308. -Knowles Corp | | | | | Sold | 09/11/14 | J | A | |
| 309. -McDonalds Corp | | | | | Sold | 11/28/14 | J | | |
| 310. -Microsoft Corp | | | | | Sold (part) | 09/11/14 | J | A | |
| 311. -Nextera Energy Inc | | | | | Sold (part) | 09/11/14 | J | A | |
| 312. -Norfolk Southern Corp | | | | | Sold (part) | 09/11/14 | J | B | |
| 313. -Paychex Inc | | | | | | | | | |
| 314. -Pepsico Incorporated | | | | | Sold (part) | 09/11/14 | J | A | |
| 315. -Pimco 1-5 Yr US Tips Index ETF | | | | | Sold | 09/11/14 | L | | |
| 316. -Powershares Senior Loan Portfolio ETF | | | | | Buy (add'l) | 09/11/14 | J | | |
| 317. -Proctor & Gamble Co | | | | | Buy (add'l) | 09/11/14 | J | | |
| 318. -RPM International Inc | | | | | Sold (part) | 09/11/14 | J | A | |
| 319. -Select Sector Spdr Tr Utilities Select Sector | | | | | Sold (part) | 09/11/14 | J | A | |
| 320. -Select Sector Spdr Fd Materials | | | | | Sold (part) | 09/11/14 | J | A | |
| 321. -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy (add'l) | 09/11/14 | J | | |
| 322. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Sold (part) | 09/11/14 | J | A | |
| 323. -Stryker Corp | | | | | Sold (part) | 09/11/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 24 of 42

**Name of Person Reporting**

Majzoub, Mona K.

**Date of Report**

05/14/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Sysco Corporaation | | | | | | | | | |
| 325. -Teva Pharmaceutical ADR Inds Ltd | | | | | Sold (part) | 09/11/14 | J | A | |
| 326. -Thomson Reuters Corp | | | | | Buy | 11/14/14 | J | | |
| 327. -US Bancorp New | | | | | Sold (part) | 09/11/14 | J | A | |
| 328. -VF Corporation | | | | | Buy | 11/28/14 | J | | |
| 329. -Vanguard FTSE Developed Markets ETF | | | | | Sold (part) | 09/11/14 | J | A | |
| 330. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Sold (part) | 09/11/14 | J | A | |
| 331. -Vanguard Total Bond Market ETF | | | | | Buy (add'l) | 09/11/14 | K | | |
| 332. -Verizon Communications Com | | | | | Buy (add'l) | 09/11/14 | J | | |
| 333. -Wal-Mart Stores Inc | | | | | Buy (add'l) | 09/11/14 | J | | |
| 334. -Hewlett-Packard Co Sr Unsecured | | | | | | | | | |
| 335. -IBM Corp Sr Unsecured | | | | | | | | | |
| 336. -Caterpillar Financial S Senior Notes | | | | | | | | | |
| 337. -Procter & Gamble Co/The Sr Unsecured | | | | | Sold | 12/16/14 | L | A | |
| 338. -The Walt Disney Company Sr Unsecured | | | | | Sold | 09/15/14 | L | B | |
| 339. -Toyota Motor Credit Corp Medium Term Notes | | | | | | | | | |
| 340. -John Deere Capital Corp Medium Term Notes | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. -Occidental Petroleum Cor Sr Unsecured | | | | | | | | | |
| 342. Trust #2 (Brokerage 1) | E | Int./Div. | P1 | T | | | | | |
| 343. -Abbott Laboratories | | | | | Buy (add'l) | 02/03/14 | J | | |
| 344. -Abbott Laboratories | | | | | Buy (add'l) | 06/16/14 | J | | |
| 345. -Abbott Laboratories | | | | | Buy (add'l) | 09/16/14 | J | | |
| 346. -Apple Inc | | | | | Buy (add'l) | 02/03/14 | J | | |
| 347. -Apple Inc | | | | | Buy (add'l) | 06/16/14 | J | | |
| 348. -AT&T Inc | | | | | Buy (add'l) | 02/03/14 | J | | |
| 349. -AT&T Inc | | | | | Buy (add'l) | 06/16/14 | J | | |
| 350. -AT&T Inc | | | | | Buy (add'l) | 09/16/14 | J | | |
| 351. -AT&T Inc | | | | | Buy (add'l) | 12/18/14 | J | | |
| 352. -Blackrock Inc | | | | | Buy (add'l) | 02/03/14 | J | | |
| 353. -Blackrock Inc | | | | | Buy (add'l) | 06/16/14 | J | | |
| 354. -Blackrock Inc | | | | | Buy (add'l) | 09/16/14 | J | | |
| 355. -BP PLC Spons ADR | | | | | Buy (add'l) | 02/03/14 | J | | |
| 356. -BP PLC Spons ADR | | | | | Buy (add'l) | 06/16/14 | J | | |
| 357. -BP PLC Spons ADR | | | | | Buy (add'l) | 09/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -BP PLC Spons ADR | | | | | Buy (add'l) | 12/18/14 | J | | |
| 359. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | | | | | Buy | 08/29/14 | L | | |
| 360. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 361. -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd ETF | | | | | Buy (add'l) | 02/03/14 | J | | |
| 362. -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd ETF | | | | | Buy (add'l) | 06/16/14 | J | | |
| 363. -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 364. -Comerica Inc | | | | | Buy (add'l) | 06/16/14 | J | | |
| 365. -Comerica Inc | | | | | Buy (add'l) | 09/16/14 | J | | |
| 366. -Comerica Inc | | | | | Buy (add'l) | 12/18/14 | J | | |
| 367. -Costco Whsl Corp New Com | | | | | Buy (add'l) | 02/03/14 | J | | |
| 368. -Costco Whsl Corp New Com | | | | | Buy (add'l) | 06/16/14 | J | | |
| 369. -Costco Whsl Corp New Com | | | | | Buy (add'l) | 09/16/14 | J | | |
| 370. -Dover Corp Common | | | | | Buy (add'l) | 02/03/14 | J | | |
| 371. -Dover Corp Common | | | | | Buy (add'l) | 06/16/14 | J | | |
| 372. -Dover Corp Common | | | | | Buy (add'l) | 09/16/14 | J | | |
| 373. -Dover Corp Common | | | | | Buy (add'l) | 12/18/14 | J | | |
| 374. -Energy Select Sector Spdr ETF | | | | | Buy (add'l) | 02/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 27 of 42

Name of Person Reporting

Majzoub, Mona K.

Date of Report

05/14/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375.  -Energy Select Sector Spdr ETF | | | | | Buy (add'l) | 06/16/14 | J | | |
| 376.  -Energy Select Sector Spdr ETF | | | | | Buy (add'l) | 09/16/14 | J | | |
| 377.  -Energy Select Sector Spdr ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 378.  -Exxon Mobil Corp | | | | | Buy (add'l) | 02/03/14 | J | | |
| 379.  -Exxon Mobil Corp | | | | | Buy (add'l) | 06/16/14 | J | | |
| 380.  -Exxon Mobil Corp | | | | | Buy (add'l) | 09/16/14 | J | | |
| 381.  -Exxon Mobil Corp | | | | | Buy (add'l) | 12/18/14 | J | | |
| 382.  -Franklin Resources Inc | | | | | Buy (add'l) | 02/03/14 | J | | |
| 383.  -Franklin Resources Inc | | | | | Buy (add'l) | 06/16/14 | J | | |
| 384.  -Franklin Resources Inc | | | | | Buy (add'l) | 09/16/14 | J | | |
| 385.  -Franklin Resources Inc | | | | | Buy (add'l) | 12/18/14 | J | | |
| 386.  -General Electric Company | | | | | Buy (add'l) | 02/03/14 | J | | |
| 387.  -General Electric Company | | | | | Buy (add'l) | 06/16/14 | J | | |
| 388.  -General Electric Company | | | | | Buy (add'l) | 09/16/14 | J | | |
| 389.  -General Electric Company | | | | | Buy (add'l) | 12/18/14 | J | | |
| 390.  -Genuine Parts Co Com | | | | | Buy (add'l) | 02/03/14 | J | | |
| 391.  -Genuine Parts Co Com | | | | | Buy (add'l) | 06/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -Genuine Parts Co Com | | | | | Buy (add'l) | 09/16/14 | J | | |
| 393. -Guggenheim Bulletshs 2015 High Yield Corp Bond ETF | | | | | Buy (add'l) | 02/03/14 | J | | |
| 394. -Guggenheim Bulletshs 2015 High Yield Corp Bond ETF | | | | | Buy (add'l) | 06/16/14 | J | | |
| 395. -Guggenheim Bulletshs 2015 High Yield Corp Bond ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 396. -Guggenheim Bulletshs 2014 High Yield Corp Bond ETF | | | | | Buy (add'l) | 02/03/14 | J | | |
| 397. -Guggenheim Bulletshs 2014 High Yield Corp Bond ETF | | | | | Buy (add'l) | 06/16/14 | J | | |
| 398. -Guggenheim Bulletshs 2014 High Yield Corp Bond ETF | | | | | Sold | 08/29/14 | K | | |
| 399. -Honeywell International Inc | | | | | Buy (add'l) | 02/03/14 | J | | |
| 400. -Honeywell International Inc | | | | | Buy (add'l) | 06/16/14 | J | | |
| 401. -Honeywell International Inc | | | | | Buy (add'l) | 09/16/14 | J | | |
| 402. -Honeywell International Inc | | | | | Buy (add'l) | 12/18/14 | J | | |
| 403. -Intel Corp | | | | | Buy (add'l) | 02/03/14 | J | | |
| 404. -Intel Corp | | | | | Buy (add'l) | 06/16/14 | J | | |
| 405. -IShares Floating Rate Bond ETF | | | | | Buy (add'l) | 02/03/14 | J | | |
| 406. -IShares Floating Rate Bond ETF | | | | | Buy (add'l) | 06/16/14 | J | | |
| 407. -IShares Floating Rate Bond ETF | | | | | Sold | 08/29/14 | K | A | |
| 408. -IShares 2014 Amt Free Muni Term ETF | | | | | Buy (add'l) | 02/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 409. -IShares 2014 Amt Free Muni Term ETF | | | | | Buy (add'l) | 06/16/14 | J | | |
| 410. -IShares 2014 Amt Free Muni Term ETF | | | | | Sold | 08/21/14 | K | | |
| 411. -IShares Global Telecom ETF | | | | | Buy (add'l) | 02/03/14 | J | | |
| 412. -IShares Global Telecom ETF | | | | | Buy (add'l) | 06/16/14 | J | | |
| 413. -IShares Global Telecom ETF | | | | | Buy (add'l) | 09/16/14 | J | | |
| 414. -IShares Global Telecom ETF | | | | | Sold (part) | 11/14/14 | J | A | |
| 415. -IShares Global Telecom ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 416. -IShares MSCI EAFE Growth ETF | | | | | Buy (add'l) | 02/03/14 | J | | |
| 417. -IShares MSCI EAFE Growth ETF | | | | | Buy (add'l) | 06/16/14 | J | | |
| 418. -IShares MSCI EAFE Growth ETF | | | | | Buy (add'l) | 09/16/14 | J | | |
| 419. -IShares MSCI EAFE Growth ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 420. -IShares MSCI EAFE Value ETF | | | | | Buy (add'l) | 02/03/14 | J | | |
| 421. -IShares MSCI EAFE Value ETF | | | | | Buy (add'l) | 06/16/14 | J | | |
| 422. -IShares MSCI EAFE Value ETF | | | | | Buy (add'l) | 09/16/14 | J | | |
| 423. -IShares MSCI EAFE Value ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 424. -IShares Russell Midcap Growth ETF | | | | | Buy (add'l) | 02/03/14 | J | | |
| 425. -IShares Russell Midcap Growth ETF | | | | | Buy (add'l) | 06/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 42

**Name of Person Reporting**

Majzoub, Mona K.

**Date of Report**

05/14/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.  -IShares Russell Midcap Growth ETF | | | | | Buy (add'l) | 09/16/14 | J | | |
| 427.  -IShares Russell Midcap Growth ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 428.  -IShares Ibonds Sep 2015 Amt Free Muni Bd ETF(fkaIShrs15AmtFreeMunTrm) | | | | | Buy (add'l) | 02/03/14 | J | | |
| 429.  -IShares Ibonds Sep 2015 Amt Free Muni Bd ETF(fkaIShrs15AmtFreeMunTrm) | | | | | Buy (add'l) | 06/16/14 | J | | |
| 430.  -IShares Ibonds Sep 2016 Amt Free Muni Bd ETF(fkaIShrs16AmtFreeMunTrm) | | | | | Buy (add'l) | 02/03/14 | J | | |
| 431.  -IShares Ibonds Sep 2016 Amt Free Muni Bd ETF(fkaIShrs16AmtFreeMunTrm) | | | | | Buy (add'l) | 06/16/14 | J | | |
| 432.  -IShares Ibonds Sep 2016 Amt Free Muni Bd ETF(fkaIShrs16AmtFreeMunTrm) | | | | | Buy (add'l) | 12/18/14 | K | | |
| 433.  -IShares Ibonds Sep 2017 Amt Free Muni Bd ETF(fkaIShrs17AmtFreeMunTrm) | | | | | Buy (add'l) | 02/03/14 | J | | |
| 434.  -IShares Ibonds Sep 2017 Amt Free Muni Bd ETF(fkaIShrs17AmtFreeMunTrm) | | | | | Buy (add'l) | 06/16/14 | J | | |
| 435.  -IShares Ibonds Sep 2017 Amt Free Muni Bd ETF(fkaIShrs17AmtFreeMunTrm) | | | | | Buy (add'l) | 12/18/14 | K | | |
| 436.  -IShares Iboxx$ High Yield Corp Bond ETF | | | | | Buy (add'l) | 02/03/14 | J | | |
| 437.  -IShares Iboxx$ High Yield Corp Bond ETF | | | | | Buy (add'l) | 06/16/14 | J | | |
| 438.  -IShares Iboxx$ High Yield Corp Bond ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 439.  -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | Buy | 02/03/14 | K | | |
| 440.  -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | Buy (add'l) | 06/16/14 | J | | |
| 441.  -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 442.  -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Buy (add'l) | 02/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 42

**Name of Person Reporting**

Majzoub, Mona K.

**Date of Report**

05/14/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Buy (add'l) | 06/16/14 | J | | |
| 444. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Buy (add'l) | 09/16/14 | J | | |
| 445. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 446. -IShares Russell Mid-Cap Value ETF | | | | | Buy (add'l) | 02/03/14 | J | | |
| 447. -IShares Russell Mid-Cap Value ETF | | | | | Buy (add'l) | 06/16/14 | J | | |
| 448. -IShares Russell Mid-Cap Value ETF | | | | | Buy (add'l) | 09/16/14 | J | | |
| 449. -IShares Russell Mid-Cap Value ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 450. -IShares Select Dividend ETF | | | | | Buy (add'l) | 02/03/14 | J | | |
| 451. -IShares Select Dividend ETF | | | | | Buy (add'l) | 06/16/14 | J | | |
| 452. -IShares Select Dividend ETF | | | | | Buy (add'l) | 09/16/14 | J | | |
| 453. -IShares Select Dividend ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 454. -Johnson & Johnson | | | | | Buy (add'l) | 02/03/14 | J | | |
| 455. -Johnson & Johnson | | | | | Buy (add'l) | 06/16/14 | J | | |
| 456. -Johnson & Johnson | | | | | Buy (add'l) | 09/16/14 | J | | |
| 457. -Johnson & Johnson | | | | | Buy (add'l) | 12/18/14 | J | | |
| 458. -JPMorgan Chase & Co | | | | | Buy (add'l) | 02/03/14 | J | | |
| 459. -JPMorgan Chase & Co | | | | | Buy (add'l) | 06/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 42

Name of Person Reporting

Majzoub, Mona K.

Date of Report

05/14/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460.  -JPMorgan Chase & Co | | | | | Buy (add'l) | 09/16/14 | J | | |
| 461.  -JPMorgan Chase & Co | | | | | Buy (add'l) | 12/18/14 | J | | |
| 462.  -Knowles Corp | | | | | Spinoff (from line 370) | 03/03/14 | J | | |
| 463.  -Knowles Corp | | | | | Sold | 09/15/14 | J | A | |
| 464.  -McDonalds Corp | | | | | Buy (add'l) | 02/03/14 | J | | |
| 465.  -McDonalds Corp | | | | | Buy (add'l) | 06/16/14 | J | | |
| 466.  -McDonalds Corp | | | | | Buy (add'l) | 09/16/14 | J | | |
| 467.  -McDonalds Corp | | | | | Sold | 11/28/14 | J | | |
| 468.  -Microsoft Corp | | | | | Buy (add'l) | 02/03/14 | J | | |
| 469.  -Microsoft Corp | | | | | Buy (add'l) | 06/16/14 | J | | |
| 470.  -Microsoft Corp | | | | | Buy (add'l) | 09/16/14 | J | | |
| 471.  -Microsoft Corp | | | | | Buy (add'l) | 12/18/14 | J | | |
| 472.  -Nextera Energy Inc | | | | | Buy (add'l) | 02/03/14 | J | | |
| 473.  -Nextera Energy Inc | | | | | Buy (add'l) | 06/16/14 | J | | |
| 474.  -Nextera Energy Inc | | | | | Buy (add'l) | 09/16/14 | J | | |
| 475.  -Nextera Energy Inc | | | | | Buy (add'l) | 12/18/14 | J | | |
| 476.  -Norfolk Southern Corp | | | | | Buy (add'l) | 06/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 42

**Name of Person Reporting**

Majzoub, Mona K.

**Date of Report**

05/14/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. -Norfolk Southern Corp | | | | | Buy (add'l) | 09/16/14 | J | | |
| 478. -Norfolk Southern Corp | | | | | Buy (add'l) | 12/18/14 | J | | |
| 479. -Paychex Inc | | | | | Buy (add'l) | 02/03/14 | J | | |
| 480. -Paychex Inc | | | | | Buy (add'l) | 06/16/14 | J | | |
| 481. -Paychex Inc | | | | | Buy (add'l) | 09/16/14 | J | | |
| 482. -Paychex Inc | | | | | Buy (add'l) | 12/18/14 | J | | |
| 483. -Pepsico Incorporated | | | | | Buy (add'l) | 02/03/14 | J | | |
| 484. -Pepsico Incorporated | | | | | Buy (add'l) | 06/16/14 | J | | |
| 485. -Pepsico Incorporated | | | | | Buy (add'l) | 09/16/14 | J | | |
| 486. -Pepsico Incorporated | | | | | Buy (add'l) | 12/18/14 | J | | |
| 487. -Powershares Senior Loan Portfolio ETF | | | | | Buy (add'l) | 02/03/14 | J | | |
| 488. -Powershares Senior Loan Portfolio ETF | | | | | Buy (add'l) | 06/16/14 | J | | |
| 489. -Powershares Senior Loan Portfolio ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 490. -Procter & Gamble Co | | | | | Buy (add'l) | 02/03/14 | J | | |
| 491. -Procter & Gamble Co | | | | | Buy (add'l) | 06/16/14 | J | | |
| 492. -Procter & Gamble Co | | | | | Buy (add'l) | 09/16/14 | J | | |
| 493. -RPM International Inc | | | | | Buy (add'l) | 02/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 34 of 42

Name of Person Reporting

Majzoub, Mona K.

Date of Report

05/14/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -RPM International Inc | | | | | Buy (add'l) | 06/16/14 | J | | |
| 495. -RPM International Inc | | | | | Buy (add'l) | 09/16/14 | J | | |
| 496. -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy (add'l) | 02/03/14 | J | | |
| 497. -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy (add'l) | 06/16/14 | J | | |
| 498. -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy (add'l) | 09/16/14 | J | | |
| 499. -Select Sector Spdr Fd Materials | | | | | Buy (add'l) | 02/03/14 | J | | |
| 500. -Select Sector Spdr Fd Materials | | | | | Buy (add'l) | 06/16/14 | J | | |
| 501. -Select Sector Spdr Fd Materials | | | | | Buy (add'l) | 09/16/14 | J | | |
| 502. -Select Sector Spdr Fd Materials | | | | | Buy (add'l) | 12/18/14 | J | | |
| 503. -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy (add'l) | 02/03/14 | J | | |
| 504. -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy (add'l) | 06/16/14 | J | | |
| 505. -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy (add'l) | 09/16/14 | J | | |
| 506. -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 507. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy (add'l) | 02/03/14 | J | | |
| 508. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy (add'l) | 06/16/14 | J | | |
| 509. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy (add'l) | 09/16/14 | J | | |
| 510. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy (add'l) | 12/18/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 42

Name of Person Reporting

Majzoub, Mona K.

Date of Report

05/14/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. -Stryker Corp | | | | | Buy (add'l) | 02/03/14 | J | | |
| 512. -Stryker Corp | | | | | Buy (add'l) | 06/16/14 | J | | |
| 513. -Stryker Corp | | | | | Buy (add'l) | 09/16/14 | J | | |
| 514. -Sysco Corporation | | | | | Buy (add'l) | 02/03/14 | J | | |
| 515. -Sysco Corporation | | | | | Buy (add'l) | 06/16/14 | J | | |
| 516. -Sysco Corporation | | | | | Buy (add'l) | 09/16/14 | J | | |
| 517. -Sysco Corporation | | | | | Buy (add'l) | 12/18/14 | J | | |
| 518. -Teva Pharmaceutical ADR Inds Ltd | | | | | Buy (add'l) | 06/16/14 | J | | |
| 519. -Teva Pharmaceutical ADR Inds Ltd | | | | | Buy (add'l) | 09/16/14 | J | | |
| 520. -Thomson Reuters Corp | | | | | Buy | 11/14/14 | J | | |
| 521. -US Bancorp New | | | | | Buy (add'l) | 02/03/14 | J | | |
| 522. -US Bancorp New | | | | | Buy (add'l) | 06/16/14 | J | | |
| 523. -US Bancorp New | | | | | Buy (add'l) | 09/16/14 | J | | |
| 524. -US Bancorp New | | | | | Buy (add'l) | 12/18/14 | J | | |
| 525. -VF Corporation | | | | | Buy | 11/28/14 | J | | |
| 526. -VF Corporation | | | | | Buy (add'l) | 12/18/14 | J | | |
| 527. -Vanguard FTSE Developed Markets ETF (fka Vanguard MSCI EAFE ETF) | | | | | Buy (add'l) | 02/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 42

Name of Person Reporting

Majzoub, Mona K.

Date of Report

05/14/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. -Vanguard FTSE Developed Markets ETF (fka Vanguard MSCI EAFE ETF) | | | | | Buy (add'l) | 06/16/14 | J | | |
| 529. -Vanguard FTSE Developed Markets ETF (fka Vanguard MSCI EAFE ETF) | | | | | Buy (add'l) | 09/16/14 | J | | |
| 530. -Vanguard FTSE Developed Markets ETF (fka Vanguard MSCI EAFE ETF) | | | | | Buy (add'l) | 12/18/14 | J | | |
| 531. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Buy (add'l) | 02/03/14 | J | | |
| 532. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Buy (add'l) | 06/16/14 | J | | |
| 533. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Buy (add'l) | 09/16/14 | J | | |
| 534. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Buy (add'l) | 12/18/14 | J | | |
| 535. -Verizon Communications Com | | | | | Buy (add'l) | 02/03/14 | J | | |
| 536. -Verizon Communications Com | | | | | Buy (add'l) | 06/16/14 | J | | |
| 537. -Verizon Communications Com | | | | | Buy (add'l) | 09/16/14 | J | | |
| 538. -Verizon Communications Com | | | | | Buy (add'l) | 12/18/14 | J | | |
| 539. -Wal-Mart Stores Inc | | | | | Buy (add'l) | 02/03/14 | J | | |
| 540. -Wal-Mart Stores Inc | | | | | Buy (add'l) | 06/16/14 | J | | |
| 541. -Wal-Mart Stores Inc | | | | | Buy (add'l) | 09/16/14 | J | | |
| 542. -Wal-Mart Stores Inc | | | | | Buy (add'l) | 12/18/14 | J | | |
| 543. -IBM Corp Sr Unsecured | | | | | | | | | |
| 544. -Procter & Gamble Co/The Sr Unsecured | | | | | Sold | 12/16/14 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 42

Name of Person Reporting

Majzoub, Mona K.

Date of Report

05/14/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. -The Walt Disney Company Sr Unsecured | | | | | Sold | 09/15/14 | L | B | |
| 546. -Toyota Motor Credit Corp Medium Term Notes | | | | | | | | | |
| 547. -John Deere Capital Corp Medium Term Notes | | | | | | | | | |
| 548. -Federated Mun Secs Income Tr Mich Inter Mun Tr Cl-A | | | | | Buy (add'l) | 02/03/14 | J | | |
| 549. -Federated Mun Secs Income Tr Mich Inter Mun Tr Cl-A | | | | | Buy (add'l) | 06/17/14 | K | | |
| 550. -Federated Mun Secs Income Tr Mich Inter Mun Tr Cl-A | | | | | Sold (part) | 09/02/14 | M | | |
| 551. -T Rowe Price Summit Mun Fds Inc-Mun Inter Fd | | | | | Buy | 06/17/14 | K | | |
| 552. -T Rowe Price Summit Mun Fds Inc-Mun Inter Fd | | | | | Sold | 08/29/14 | K | A | |
| 553. -Vanguard Mun Bd Fd Inter Term Tax Exempt Fd Admiral Shs | | | | | Buy | 08/29/14 | M | | |
| 554. -Vanguard Mun Bd Fd Inter Term Tax Exempt Fd Admiral Shs | | | | | Buy (add'l) | 12/18/14 | J | | |
| 555. -Vanguard Mun Bd Fd Ltd Term Tax Exempt Fd Shs Admiral | | | | | Buy (add'l) | 02/04/14 | M | | |
| 556. -Vanguard Mun Bd Fd Ltd Term Tax Exempt Fd Shs Admiral | | | | | Buy (add'l) | 06/17/14 | K | | |
| 557. Trust #1-2 (Brokerage 1) | A | Interest | L | T | | | | | |
| 558. Trust #3 (Brokerage 1) | E | Int./Div. | O | T | | | | | |
| 559. -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | | | | | Sold | 04/22/14 | K | A | |
| 560. -Claymore Bulletshares 2016 High Yield Corp Bd ETF | | | | | | | | | |
| 561. -Claymore Exchange Guggenheim Bulletshares 2018 Corp Bond ETF | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. -Energy Select Sector Spdr ETF | | | | | | | | | |
| 563. -Financial Select Sector Spdr ETF | | | | | | | | | |
| 564. -Guggenheim Bulletshs 2015 High Yield Corp Bond ETF | | | | | | | | | |
| 565. -Guggenheim Bulletshs 2014 High Yield Corp Bond ETF | | | | | Sold | 05/06/14 | K | | |
| 566. -Industrial Select Sector Spdr ETF | | | | | | | | | |
| 567. -IShares Floating Rate Bond ETF | | | | | Sold | 02/04/14 | J | A | |
| 568. -IShares Global Telecom ETF | | | | | | | | | |
| 569. -IShares MSCI EAFE Growth ETF | | | | | | | | | |
| 570. -IShares MSCI EAFE Value ETF | | | | | | | | | |
| 571. -IShares Russell Midcap Growth ETF | | | | | | | | | |
| 572. -IShares Intermediate Credit Bond ETF | | | | | | | | | |
| 573. -IShares 1-3 Year Credit Bond ETF | | | | | Sold | 04/02/14 | J | A | |
| 574. -IShares IboxxS High Yield Corp Bond ETF | | | | | | | | | |
| 575. -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | | | | | |
| 576. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | | | | | |
| 577. -IShares Russell Mid-Cap Value ETF | | | | | | | | | |
| 578. -IShares Select Dividend ETF | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Majzoub, Mona K.

05/14/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. -PIMCO 1-5 Yr US TIPS Index ETF | | | | | Sold | 03/26/14 | J | A | |
| 580. -Powershares Senior Loan Portfolio ETF | | | | | | | | | |
| 581. -Sector Spdr Tr Technology Select Sector ETF | | | | | | | | | |
| 582. -Select Sector Spdr Tr Utilities Select Sector | | | | | | | | | |
| 583. -Select Sector Spdr Tr Consumer Staples | | | | | | | | | |
| 584. -Select Sector Spdr Fd Materials | | | | | | | | | |
| 585. -Select Sector Spdr Fd Health Care | | | | | | | | | |
| 586. -Select Sector Spdr Fd Consumer Discretionary | | | | | | | | | |
| 587. -Spdr S&P Emerging Markets Dividend ETF | | | | | | | | | |
| 588. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | | | | | |
| 589. -Vanguard Telecommunications Services ETF | | | | | | | | | |
| 590. -Vanguard FTSE Developed Markets ETF | | | | | | | | | |
| 591. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | | | | | |
| 592. -Vanguard Total Bond Market ETF | | | | | | | | | |
| 593. -IBM Corp Sr Unsecured | | | | | Sold | 08/18/14 | L | A | |
| 594. -Procter & Gamble Co/The Sr Unsecured | | | | | Sold | 12/16/14 | L | A | |
| 595. -The Walt Disney Company Sr Unsecured | | | | | Sold | 09/15/14 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. -Toyota Motor Credit Corp Medium Term Notes | | | | | | | | | |
| 597. -John Deere Capital Corp Medium Term Notes | | | | | Sold | 05/06/14 | L | B | |
| 598. -Occidental Petroleum Cor Sr Unsecured | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 41 of 42

Name of Person Reporting

Majzoub, Mona K.

Date of Report

05/14/2015

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Throughout report, in section A, the initials "fka" stands for "formerly known as" and indicates a change in the name.

Line 264 - Trust #6 - Checking (Brokerage 5) - All cash.

Line 265 - Trust #3 - Checking (Brokerage 5) - All cash.

Line 266 - Checking - Bank 1 - All cash.

Lines 527 - 530 - On 05/06/13 Vanguard MSCI EAFE ETF was bought. Between that date and the end of that same month, the name was changed to Vanguard FTSE Developed Markets ETF. This was listed incorrectly in the 2013 report and corrected here in the 2014 report.

Line 557 - Trust #1-2 - (Brokerage 1) - All cash.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mona K. Majzoub**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544